E-FILED
Friday, 15 August, 2025  10:36:45 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

Xiomara V. Cervantes-Gomez )
)
_____ )
)
_____ )    CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )    NO._____
)
Board of Trustees of the University of Illinois )
)
_____ )
)
_____ )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Dr. Xiomara V. Cervantes-Gomez,

whose street address is 5136 S Blackstone Avenue Apt 2F,

(city) Chicago (state) Illinois (ZIP) 60615

(Plaintiff's telephone number)    ( 773 ) − 420-6137

3. The defendant is Board of Trustees of the University of Illinois, whose

street address is 506 S Wright Street,

(city) Urbana (state) Illinois (ZIP) 61801

(Defendant's telephone number)    ( 217 ) − 333-0560

4. The alleged discrimination occurred at University of Illinois Urbana-Champaign

(city) Urbana (state) Illinois (ZIP) 61801

5.  The plaintiff [*check one box*]

(a) ☐   was denied employment by the defendant.

(b) ☐   was hired and is still employed by the defendant.

(c) ☒   was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August , (day) 15 , (year) 2024 .

## II. JURISDICTION

7.  Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

☒ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☒ Race (42 U.S.C. § 1981)

☐ Religion  (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☒ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

☒ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

☒ Other (list): Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681 et seq.); 42 U.S.C. § 1985

8.  Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9.  Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice.  If yes, Plaintiff's Right to Sue Notice was received on or about (date) __06/27/2025_____.

    **[Attach copy of Notice of Right to Sue to this complaint.]**

### III.  FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐   by failing to hire the plaintiff.

    (b) ☒   by terminating the plaintiff's employment.

    (c) ☒   by failing to promote the plaintiff.

    (d) ☒   by failing to stop harassment;

    (e) ☒   by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐   by failing to reasonably accommodate the plaintiff's religion.

    (g) ☒   by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☒   by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☒   with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☒   other (specify):  Breach of contract; Obstruction of justice (18 U.S.C. § 1512);

    Witness retaliation (18 U.S.C. § 1513) _____

    _____

    _____

    _____

    _____

3

12. State here briefly and as clearly as possible the essential facts of your claim.  Describe precisely how each defendant in this action is involved.  Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights.  It is not necessary to make legal arguments or cite any cases or statutes.

I was employed as an assistant professor by the University of Illinois from August 2018 until I was terminated on August 15, 2024. After disclosing my transgender status to my coworker Ghassan Moussawi, I faced physical abuse from 2019-2020. I filed harassment and abuse cases in November 2020 and September 2021, resulting in ban from events, buildings, and campus curfew. Began FMLA leave for gender-affirming surgery November 2023; on January 4, 2024 leave revoked and suspended based on a student's uncorroborated complaint. On May 22, 2024, I reported to police that student Caio Albernaz Siquiera raped me in December 2019; UIUC never investigated and proceeded to terminate me. In July 2024, Detective Hill issued a letter to university exposing bias and lack of evidence in their investigation. University officials contacted her supervisor to have her removed and my final employment date was changed from December 2024 to August 15, 2024. See Exhibit A for full details.

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐      Direct the defendant to hire the plaintiff.

(b) ☒      Direct the defendant to re-employ the plaintiff.

(c) ☒      Direct the defendant to promote the plaintiff.

(d) ☐      Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☒      Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☒      Direct the defendant to (specify): Reinstate FMLA leave and restore all

sick leave benefits; Implement independent oversight of sexual-violence

investigations.

(g) ☒  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒  Grant such other relief as the Court may find appropriate.

s/Xiomara V. Cervantes-Gomez
_____
(Plaintiff's signature)

Xiomara V. Cervantes-Gomez
_____
(Plaintiff's name)

5136 S Blackstone Avenue
_____

Apt 2F
_____
(Plaintiff's street address)

(City) Chicago            (State) IL          (ZIP) 60615

(Plaintiff's telephone number) ( 773 ) – 420-6137

Date: 08/14/2025